IN RE BURGE.

[Cite as *In re Burge,* ___ Ohio St.3d ___, 2015-Ohio-3169.]

(No. 2015-0579—Submitted August 6, 2015—Decided August 10, 2015.)

ON CERTIFIED ENTRY OF CONVICTION AND SENTENCE.

_____

{¶ 1} By order of April 15, 2015, and pursuant to Gov.Bar R. V(18)(A)(4), this court suspended respondent, James Michael Burge, from the practice of law for an interim period. On June 25, 2015, the Board of Professional Conduct filed a certified copy of the trial court's May 26, 2015 judgment entry of conviction and sentence.

{¶ 2} Upon consideration thereof, it is ordered by the court that James Michael Burge, Attorney Registration No. 0004659, last known address in Elyria, Ohio, is reinstated to the practice of law in the state of Ohio pursuant to Gov.Bar R. V(18)(D). It is further ordered that reinstatement of respondent shall not terminate any pending disciplinary proceedings against respondent.

{¶ 3} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____